UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OH BONG KWON; TRANS POWER INCORPORATION, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-01757-BRO-AS<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 18, 2016

_____
Hon. Beverly Reid O'Connell
United States District Judge

1

Joint Stipulation for Dismissal　　　　Case: 2:16-CV-01757-BRO-AS